# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE:                                CASE NO: 22-40196-KKS
                                                   CHAPTER 7

**Caroline B Cloutier,**

    **Debtor.**

_____/

## MOTION FOR TURNOVER OF CERTAIN PERSONAL PROPERTY OF THE DEBTOR

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

       Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

       If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

       If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW**, Mary W. Colón, Chapter 7 Trustee, and files this Motion for Turnover of Certain Personal Property of the Debtor and states as follows:

1. The Debtor filed a Chapter 7 petition for relief under Bankruptcy Code on July 06, 2022.

2. The Section 341 meeting was held on August 15, 2022 and continued to September 12, 2022.

3. On Debtor's schedules, Debtor identified personal property that is not exempt.

4. Debtor has failed to turnover said property to the Trustee or execute an agreement to buy-back the non-exempt property.

5. The property includes:

    a. Equity interest in the 2013 Honda Civic - $2,607.35

6. The Trustee asserts that this is property of the estate and must be turned over to the Trustee.

7. The Trustee requests that this Court order the Debtor to turnover the sum of $2,607.35 or surrender the vehicle to the Trustee within thirty (30) days.

**WHEREFORE,** Mary W. Colón, Chapter 7 Trustee, requests that this Court require the Debtor(s) to turnover monies due to the estate within thirty (30) days, or in the alternative, execute a promissory note to buy back the non-exempt assets and for such other and for such further relief as this Court deems proper.

**DATED:**  November 18, 2022.

>  /s/  Mary W. Colón
> Mary W. Colón
> Chapter 7 Trustee
> Post Office Box 14596
> Tallahassee, FL 32317
> Telephone: (850) 241-0144
> Facsimile: (850) 702-0735
> Florida Bar no. 0184012
> trustee@marycolon.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by first class U.S. Mail with postage prepaid to Caroline B Cloutier, 36 Home Stretch Lane, Apt A3, Crawfordville, FL 32327; and Leighanne Boone, Esq., 207 West Park Ave., Suite A, Tallahassee, FL 32301; and Adisley M. Cortez-Rodriguez, Assistant United States Trustee, Office of the U.S.

Trustee, 110 East Park Ave, Suite 128, Tallahassee, Florida 32301 on November 18, 2022.

/s/ Mary W. Colón
MARY W. COLÓN